# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEITH MEHLENBACHER, derivatively on
behalf of Nominal Defendant ASCONI
CORPORATION,**

**Plaintiff,**

-vs-                                                                **Case No.  6:04-cv-1118-Orl-22KRS**

**CONSTANTIN JITARU, et al.,**

**Defendants.**

_____

## ORDER

  This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO EXTEND STAY OF DISCOVERY (Doc. No. 81)** |
| **FILED:** | **April 29, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED.** | |

  The Court cannot effectively control the progress of litigation if discovery continues to be

delayed pending the outcome of motions to dismiss.

  **DONE** and **ORDERED** in Orlando, Florida on May 16, 2005.

*Karla R. Spaulding*
_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties